**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C., | § § § § § § § § § § | Civil Action No. 2:13-cv-510-JRG |
| Plaintiff, | | |
| v. | | **JURY TRIAL DEMANDED** |
| MOTOROLA MOBILITY LLC, | | |
| Defendant. | | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT MOTOROLA MOBILITY LLC**

Notice is hereby given that the undersigned attorney, Laurie M. Charrington, enters her appearance in the above-referenced proceedings for Defendant Motorola Mobility LLC ("Defendant").  Defendant respectfully requests that the Court take note of this Notice of Appearance for Defendant in this lawsuit.  Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Laurie M. Charrington at the address set forth below.

>  Laurie M. Charrington
>  lmcharrington@jonesday.com
>  JONES DAY
>  1755 Embarcadero Road
>  Palo Alto, CA  94303
>  Telephone: (650) 739-3939
>  Facsimile:  (650) 739-3900

| | |
|---|---|
| Dated:  September 16, 2013 | Respectfully submitted, |

 */s/ Laurie M. Charrington*
Laurie M. Charrington
lmcharrington@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile:  (650) 739-3900

ATTORNEY FOR DEFENDANT
MOTOROLA MOBILITY LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 16, 2013.

                                                                */s/ Laurie M. Charrington*

SVI-132337v1