**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CIVIL ACTION NO. 2:13-CV-513-JRG |
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DELL INC. <br><br> Defendant. | CIVIL ACTION NO. 2:13-CV-514-JRG |
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | CIVIL ACTION NO. 2:13-CV-515-JRG |

2

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-CV-512-JRG |
| BLUEBONNET TELECOMMUNICATIONS L.L.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>HTC AMERICA INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-CV-502-JRG |
| BLUEBONNET TELECOMMUNICATIONS L.L.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTROINICS U.S.A. INC. AND LG ELECTRONICS MOBILECOMM U.S.A INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:13-CV-511-JRG |

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, <br><br> Defendant. | CIVIL ACTION NO. 2:13-CV-510-JRG |
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> PANTECH WIRELESS INC., <br><br> Defendant. | CIVIL ACTION NO. 2:13-CV-508-JRG |
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA INC. AND SAMSUNG TELECOMMUNICATIONS AMERICA LLC, <br><br> Defendants. | CIVIL ACTION NO. 2:13-CV-504-JRG |

| | |
|---|---|
| BLUEBONNET TELECOMMUNICATIONS L.L.C., <br><br>    Plaintiff, <br><br>    v. <br><br> SHARP ELECTRONICS CORPORATION, <br><br>    Defendant. | CIVIL ACTION NO. 2:13-CV-506-JRG |

## AMENDED NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Plaintiff Bluebonnet Telecommunications, L.L.C. hereby files the instant Notice that these eleven related cases are ready for scheduling conference at the Court's convenience. All parties have appeared and filed answers and/or motions to partially dismiss. There are six other related cases on the Court's docket. The scheduling conference in *Bluebonnet v. Sony* (2:13-cv-505) was held on January 3, 2014. The remaining cases are not currently ready for status conference (Civil Action Nos. 2:14-cv-5, 2:14-cv-6, 2:14-cv-7, 2:14-cv-8 and 2:14-cv-9). The following pending motions are before the Court:

***Bluebonnet v. Apple Inc., et al* (2:13-cv-513)**

Dkt. 24 Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted

Dkt. 28 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

***Bluebonnet v. Google (2:13-cv-515)***

Dkt. 21 Motion to Dismiss for Failure to State a Claim

Dkt. 24 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

*Bluebonnet v. Hewlett-Packard ( 2:13-cv-512)*

Dkt. 16 Motion to Dismiss For Failure to State a Claim

Dkt. 17 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

*Bluebonnet v. HTC America ( 2:13-cv-502)*

Dkt. 15 Motion to Dismiss for Failure to State a Claim

Dkt. 20 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

*Bluebonnet v. LG U.S.A. Inc., et al (2:13-cv-511)*

Dkt. 15 Defendants' Motion to Dismiss for Failure to State a Claim

Dkt. 17 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

*Bluebonnet v. Motorola Mobility (2:13-cv-510)*

Dkt. 22 Motion to Dismiss for Failure to State a Claim

Dkt. 25 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

*Bluebonnet v. Pantech Wireless (2:13-cv- 508)*

Dkt. 17 Motion to Dismiss for Failure to State a Claim

Dkt. 20 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

*Bluebonnet v. Samsung 213 504*

Dkt. 15 Motion to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

Dkt. 20 Bluebonnet's Opposition to Defendants' Motions to Dismiss Plaintiff's Indirect Infringement and Willful Infringement Claims

Dated:  January 28, 2014                           Respectfully submitted,

/s/ Elizabeth L. DeRieux
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Cory C. Johnson
Texas Bar No. 24046162
cory@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

S. Calvin Capshaw, III
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903)-233-9800
Facsimile: (903)-236-8787

*ATTORNEYS FOR PLAINTIFF*
*BLUEBONNET TELECOMMUNICATIONS, L.L.C.*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 28th day of January, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                             */s/ Elizabeth L. DeRieux*
                                                             Elizabeth L. DeRieux